IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE GOODRITZ | : CIVIL ACTION |
| | : |
| v. | : NO. 2:17-02120-GJP |
| | : |
| 711 CHESNUT ASSOCIATES L.P. | : |
| and | : |
| PARKWAY PARKING MANAGEMENT, LLC | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff George Goodritz and Defendants, 711 Chestnut Associates L.P. and Parkway Parking Management, LLC, stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania. The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

/s/ Franklin J. Rooks, Jr.
Franklin J. Rooks, Jr., Esq.
Jared A. Jacobson, Esq.
Jacobson & Rooks, LLC
525 Route 73 North, Suite 104
Marlton, NJ 08053
*Attorneys for Plaintiff*

Dated: August 15, 2017

/s/ Tracy A. Walsh
Tracy A. Walsh, Esq.
Weber Gallagher Simpson Stapleton
Fires & Newby LLP
2000 Market Street, Suite 1300
Philadelphia, PA 19103
*Attorneys for Defendants*

Dated: August 15, 2017

So ORDERED this ___15th___ day of ___August___, 2017.

/s/ Gerald J. Pappert
J.